IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Susan M. Bond,

    Plaintiff,

vs.

Case No. 2:08-cv-309

Michael J. Astrue, Commissioner
of Social Security,

Judge Michael H. Watson

    Defendant.

## ORDER

On July 29, 2009, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the decision of the Commissioner of Social Security be reversed and that this action be remanded to the Commissioner for further consideration of plaintiff's fibromyalgia and its effect, if any, on plaintiff's ability to engage in work-related activities. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**. The decision of the Commissioner of Social Security is **REVERSED** and this action is hereby **REMANDED** to the Commissioner for further consideration.

The Clerk shall enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. §405(g).

_____
Michael H. Watson, Judge
United States District Court